# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARIAN S. A. TIPP,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.:** |
| ) | **20-CV-317-TFM-N** |
| **JPMC SPECIALTY MORTGAGE,** ) | |
| **LLC, JP MORGAN CHASE BANK,** ) | |
| **N.A., and CHASE HOME FINANCE,** ) | |
| **LLC;** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants JPMC Specialty Mortgage LLC ("JPMC") and JPMorgan Chase Bank, N.A. ("Chase"), individually and as successor by merger to named defendant Chase Home Finance LLC, (collectively, the "Defendants") and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, move this Court for the entry of summary judgment in their favor as a matter of law on each claim, cause of action, and request for relief asserted by Plaintiff Marian S. A. Tipp ("Ms. Tipp") in the above-styled action on the grounds that no genuine issue of material fact exists.

The present action, Ms. Tipp's fourth against Defendants challenging the 2009 foreclosure sale of property that belonged to her sister, presents the same causes of action and requests for relief that were adjudicated on their merits against Ms. Tipp in her three prior lawsuits filed in the Circuit Court of Mobile County,

{B1246847.1}

Alabama.  Under the *Rooker-Feldman* doctrine, this Court does not have subject matter jurisdiction over Ms. Tipp's claims which seek, as a practical matter, what amounts to appellate review of the prior state court judgments.  However, even if the Court did have jurisdiction over Ms. Tipp's claims in this case, they are barred by the doctrine of *res judicata* and the applicable statute of limitations.

In support of their Motion, Defendants adopt and incorporate by reference their Brief in Support of Motion for Summary Judgment and Evidentiary Submission which are being filed contemporaneously herewith and are adopted and incorporated herein by reference.

WHEREFORE, based on the foregoing and the separately-filed evidentiary materials and supporting Brief, and each and all of those arguments set forth in the Brief, Defendants move for the entry of an Order granting summary judgment in their favor as a matter of law as to all claims and causes of action asserted against them by Ms. Tipp, and the dismissal of those claims and causes of actions with prejudice.  Defendants seek such other and further relief to which they may be entitled.

Respectfully submitted, this the **14th** day of **August, 2020**.

        Attorneys for Defendants,
        JPMC Specialty Mortgage LLC, and
        JPMorgan Chase Bank, N.A., individually
        and as successor by merger to
        Chase Home Finance, LLC:

*/s/ Sandy G. Robinson*
**SANDY G. ROBINSON**
CABANISS, JOHNSTON, GARDNER,
   DUMAS & O'NEAL LLP
P. O. Box 2906
Mobile, Alabama  36652
Telephone:  (251) 415-7300
Facsimile:  (251) 415-7350
Email:  sgr@cabaniss.com

*/s/ Michael E. Turner*
**MICHAEL E. TURNER**

*/s/ Jason W. Bobo*
**JASON W. BOBO**
CABANISS, JOHNSTON, GARDNER,
   DUMAS & O'NEAL LLP
2001 Park Place North, Suite 700
Birmingham, Alabama  35203
Telephone:  (205) 716-5200
Facsimile:  (205) 716-5389
E-Mail:  met@cabaniss.com
         jwb@cabaniss.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this date I caused a true and accurate copy of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to be electronically filed with the Clerk of Court for the United States District Court for the Southern District of Alabama using the CM/ECF system.

     I further certify that on this date I caused a true and accurate "filed" copy of the foregoing to be served on the Plaintiff by placing it in the regular U.S. Mail, properly addressed and postage prepaid, as follows:

     Marian S. A. Tipp
     5909 Couton Drive
     Mobile, Alabama 36693

This the **14th** day of **August, 2020.**

                                */s/ Jason W. Bobo*
                                **OF COUNSEL**