IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARIAN S. TIPP,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-317-TFM-N |
| | ) |
| **JPMC SPECIALTY MORTGAGE, LLC.,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On January 28, 2021, the Magistrate Judge entered a report and recommendation which recommends this action be dismissed without prejudice for lack of subject matter jurisdiction which would render moot several additional motions. *See* Doc. 31. No objections were filed.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 31) is **ADOPTED** as the opinion of the Court. Therefore, it is **ORDERED** as follows:

(1) Defendants' Motion for Summary Judgment (Doc. 12) is construed as a challenge to jurisdiction under Fed. R. Civ. P. 12(b)(1);

(2) The motion (Doc. 12) is **GRANTED**;

(3) This action is **DISMISSED without prejudice** for lack of subject matter jurisdiction pursuant to the application of the *Rooker-Feldman* doctrine;

(4) The motions to strike (Docs. 11, 24, and 25) are **DENIED as moot**;

(5) Defendants' Motion for Sanctions (Doc. 15) remains pending for resolution

This case is **REFERRED BACK** to the Magistrate Judge for resolution of the motion for sanctions. A separate judgment pursuant to Fed. R. Civ. P. 58 will be entered at the conclusion of this case after the issue of sanctions is resolved.

**DONE** and **ORDERED** this 19th day of February, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE