IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARIAN S. A. TIPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 1:20-cv-317-TFM-N |
| ) | |
| JPMC SPECIALTY MORTGAGE, ) | |
| LLC, JP MORGAN CHASE BANK, ) | |
| N.A., and CHASE HOME FINANCE, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION AND ORDER**

On January 3, 2022, the Magistrate Judge entered a Report and Recommendation which recommends that the Defendants' Motion for Summary Judgment (Doc. 12) and Motion for Rule 11 Sanctions (Doc. 15) be granted. *See* Doc. 68. It also recommends denial of the remaining motions as moot or otherwise insufficient. *Id.* After receiving an extension, Plaintiff timely filed her objections on February 18, 2022. *See* Doc. 71. Defendants timely responded to those objections on February 24, 2022. *See* Doc. 72. Therefore, pursuant to Fed. R. Civ. P. 72(b)(2), the Report and Recommendation is ripe for review.

A review of Plaintiff's objections shows they are similar to so many pleadings in this case – in that they simply repeat the same arguments she makes over and over. Arguments that have been rejected. Moreover, though she obviously disagrees with the Magistrate Judge's recommendation and analysis, she does not provide specifically tailored objections. Nothing she states overcomes the well-reasoned analysis of the Magistrate Judge that these claims are barred by *res judicata*. Therefore, the objections are **OVERRULED**.

After due and proper consideration of the issues raised, and a *de novo* determination of

those portions of the recommendation to which objection is made], the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** as follows:

(1) Defendants JPMC Specialty Mortgage LLC, JPMorgan Chase Bank, N.A., and Chase Home Finance, LLC's motion for summary judgment (Doc. 12) is **GRANTED** and this action is **DISMISSED with prejudice**.

(2) Defendants' Motion for Rule 11 Sanctions (Doc. 15) is **GRANTED**.

(3) Marian S.A. Tipp is hereby **ENJOINED** as follows:

Marian S.A. Tipp shall not file any law suits related to the 2009 foreclosure of the property at 11101 Ben Hamilton Road, Grand Bay, Alabama, and the litigation it generated, without obtaining prior leave of this Court. This limitation shall extend beyond these Defendants to any of their affiliates and apply to suits filed in either state or federal court. In order to acquire leave of Court, Tipp must file a petition demonstrating that (1) the suit to be filed is not barred by *res judicata*; and (2) the court has subject-matter jurisdiction. These restrictions do not apply to any further filings in this suit or an appeal from this case. This injunction does not apply to an appeal from this case.

(4) The Motion to Withdraw as Counsel (Doc. 75) is **GRANTED**.

(5) The following motions are **DENIED** – Docs. 11, 24, 25, 61, 67.

(6) The following motions are **DENIED as moot** – Docs. 60, 64.

Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 28th day of March, 2022.

/s/Terry F. Moorer  
TERRY F. MOORER  
UNITED STATES DISTRICT JUDGE