IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARIAN S. A. TIPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-317-TFM-N |
| | ) |
| JPMC SPECIALTY MORTGAGE, LLC, JP MORGAN CHASE BANK, N.A., and CHASE HOME FINANCE, LLC, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is **ORDRED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of the Defendants JPMC Specialty Mortgage LLC, JPMorgan Chase Bank, N.A., and Chase Home Finance, LLC, and against Plaintiff Marian S.A. Tipp.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 28th day of March, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE